IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA ZORTEA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-1309 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff's Motion to Remand (Doc. 13) will be granted, and Defendant's Motion to Dismiss (Doc. 10) will be denied as moot.

All of the arguments raised in the parties' briefing have been addressed in the materially analogous cases of Rowland v. Helen of Troy Ltd., Civil Action No. 22-1495 (W.D. Pa., Dodge, M.J., referred, Bissoon, D.J., presiding) and Zortea v. Costco Wholesale Corp., Civil Action No. 22-1316 (W.D. Pa., Horan, D.J., presiding).  Those cases have been remanded, and this one will be too.  The Court adopts the reasoning in Rowland (Docs. 26 and 32 in 22-1495) and Zortea (Doc. 33 in 22-1316), as if fully restated.

Accordingly, it hereby is ORDERED that:  Plaintiff's Motion to Remand (**Doc. 13**) is **GRANTED**; Defendant's Motion to Dismiss (**Doc. 10**) is **DENIED AS MOOT**, without prejudice to refiling in state court; and this case is **REMANDED FORTHWITH** to the Court of Pleas of Allegheny County (GD-22-009301).

2

IT IS SO ORDERED.

February 14, 2023                                             s\Cathy Bissoon
                                                              Cathy Bissoon
                                                              United States District Judge

cc (via ECF email notification):

All Counsel of Record