# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONICA ZORTEA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 22-1309 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| SAMSUNG ELECTRONICS ) | |
| AMERICA, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.


February 14, 2023                                         s\Cathy Bissoon
                                                         Cathy Bissoon
                                                         United States District Judge


cc (via ECF email notification):

All Counsel of Record